HENRY E. STEPHENSON, as Administrator, etc., of MILDRED E. STEPHENSON, Deceased, Respondent, v. ALOYSIUS A. PARKER, Appellant.*— Judgment and order affirmed, with costs. Davis, Whitmyer, Hill and Hasbrouck, JJ., concur; Hinman, Acting P. J., dissents and votes for a reversal and new trial on the ground that there is a failure of proof to show that the disease from which plaintiff's intestate died was the result of the alleged neglect of the defendant.

In the Matter of the Application of ELIZABETH T. BUCKLEY, Appellant, for a Peremptory Mandamus Order Directing HAMILTON WARD, Attorney-General, to Reinstate the Petitioner in the Position of Stenographer in the Department of Law, State of New York.— Order unanimously affirmed, without costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ELMER T. SMITH, Appellant, v. DANIEL McMULLEN and M. CLARE McMULLEN, Respondents, and Another, Defendant.— Judgment unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of Existing Highway-Railroad Crossings at Grade of the Railroad Operated by THE NEW YORK CENTRAL RAILROAD COMPANY, etc., in the Town of Rotterdam, Schenectady County. (Case No. 4775.) TOWN OF ROTTERDAM, Appellant; PUBLIC SERVICE COMMISSION, Respondent.— Order unanimously affirmed, without costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

PERCY A. ROCKEFELLER and Another, as Executors, etc., of WILLIAM G. ROCKEFELLER, Deceased, and WILLIAM A. ROCKEFELLER, as Administrator, etc., of WILLIAM G. ROCKEFELLER, Deceased, Respondents, v. JOHN P. KELLAS, Appellant, and Others, Defendants.— Orders of September 20, 1929, unanimously affirmed, with ten dollars costs and disbursements. Motion to strike alleged irrelevant matter from the printed record denied, without costs. Motion to dismiss appeal of December 31, 1929, from the final judgment and order of confirmation granted, without costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

LEOPOLD LEO WERTHEIM, Respondent, v. ELI GROMBECKER and BENEDICT, WOLF & Co., INC., Appellants, and Another, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Application of CLARENCE DUNHAM for the Examination of Ballots Pursuant to Provisions of Section 333 of the Election Law of the State of New York.— Order affirmed, without costs. Hinman, Acting P. J., Whitmyer and Hasbrouck, JJ., concur; Davis and Hill, JJ., dissent and vote for reversal on the ground that there were no facts shown upon which the discretion of the justice might be exercised.

* Affd., 254 N. Y. —. † See Laws of 1928, chap. 678, as amd.— [REP.